UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WILBANKS SECURITIES, INC an Oklahoma Corporation; AARON B. WILBANKS, an individual; RANDALL L. WILBANKS, an individual; STEVEN S. SHARPE, an individual; WILLIAM R. FREEMAN, an individual; | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIV–16-294-R |
| SCOTTSDALE INSURANCE COMPANY, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, | ) ) ) ) ) ) | |
| Defendants. | ) | |

# **ORDER**

This matter comes before the Court on the Plaintiffs' Rule 41(a)(2) Federal Rules of Civil Procedure, Motion for Partial Voluntary Dismissal [Docket No. 55], requesting a Court Order approving the voluntary dismissal as to all pending claims in the above-captioned action as against the Defendant, Scottsdale Insurance Company without prejudice.[1] The Court conducted a telephone conference with counsel for Plaintiffs and counsel for Scottsdale on January 12, 2018, and Defendant Scottsdale indicated no

---

[1] The motion addressed two additional Defendants, neither of which remains in the case. Accordingly, the instant Order is limited to Defendant Scottsdale.

objection to the dismissal. Accordingly, Plaintiffs' Motion is GRANTED and their claims against Defendant Scottsdale Insurance Company are hereby dismissed without prejudice.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE