# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILBANKS SECRUITIES, INC, et al., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Case No. CIV-16-294-R |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, | ) ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

Judgment is hereby entered in favor of the Defendant, National Union Fire Insurance Company of Pittsburgh.

**ENTERED this** 6th day of February 2018.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE